PEOPLE v BOUCHER. Appeal from Wayne, Nathan J. Kaufman, J. Submitted Division 1 February 15, 1972, at Detroit. Docket Nos. 12562–12563.) Decided March 31, 1972. Rehearing granted May 30, 1972; opinion set aside, conviction reversed, and remanded to circuit court June 14, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Arthur N. Bishop*, Assistant Prosecuting Attorney, for the people.

*Max E. Klayman*, for defendant on appeal.

Before: J. H. GILLIS, P. J., and V. J. BRENNAN and O'HARA, JJ.

MEMORANDUM OPINION. Defendant was convicted on guilty plea of two charges of attempted receiving money under false pretenses, and appeals. The people have filed a motion to affirm.

Upon examination of the briefs and record, it is manifest that the question sought to be reviewed is so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.